IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ELLOISE FOSHEE                                                                                          PLAINTIFF

vs.                                    CASE NO. 5:04CV149GH

DR. LARRY EUSTACE; ET AL.                                                                  DEFENDANTS

## ORDER

Pursuant to the joint motion to dismiss, the case is hereby dismissed with prejudice.

IT IS SO ORDERED this 22nd day of August, 2005.

*George Howard Jr.*
_____
UNITED STATES DISTRICT JUDGE